

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-17-2005

# Gonda v. Metro Life Ins Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4188

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Gonda v. Metro Life Ins Co" (2005). *2005 Decisions.* Paper 216.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/216

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-4188
_____

RONALD M. GONDA,
Appellant

v.

METROPOLITAN LIFE INSURANCE COMPANY;
WILLIAM FREIDT, JR.

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 00-cv-02286)
District Judge:  The Honorable Donetta W. Ambrose

_____

Submitted Under Third Circuit LAR 34.1(a)
October 18, 2005

Before: SMITH, STAPLETON, and NYGAARD, Circuit Judges.

(Filed November 17, 2005)
_____

OPINION OF THE COURT
_____

NYGAARD, Circuit Judge.

        Appellant Ronald Gonda appeals the District Court's grant of Appellee

Metropolitan Life Insurance's ("Met Life") motion for summary judgment on claims

arising from the purchase of a life insurance policy. We have jurisdiction pursuant to 28 U.S.C. § 1291 and, guided by our opinions in *Dilworth v. Metropolitan Life Insurance Co.*, 418 F.3d 345 (3d Cir. 2005) and *Tran v. Metropolitan Life Insurance Co.,* 408 F.3d 130 (3d Cir. 2005), we will reverse.

Because this case presents to us facts and issues almost identical to that in our not-precedential opinion in *Wyckoff v. Metropolitan Life Insurance Co.*, No. 04-4098 (3d Cir. 2005). we will accordingly reverse and remand for substantially the same reasons as set out therein.